# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01560-RPM-NYW

CYNTHIA L. FOREMAN, a natural person and Colorado resident,

Plaintiff,

v.

JEPPESEN SANDERSON, INC., a Delaware corporation,

Defendant.

## ORDER RE: STIPULATION FOR DISMISSAL WITH PREJUDICE

This matter comes before the Court on the parties' Stipulation for Dismissal with Prejudice. Having reviewed the Stipulation for Dismissal with Prejudice and the file in this matter, the Court hereby:

GRANTS the parties' stipulation for dismissal with prejudice of all claims between the parties in the above-captioned case.

DATED: December 15, 2015

BY THE COURT:

s/Richard P. Matsch
_____
Richard P. Matsch, Senior Judge